UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6

| Case No. | CV 14-2891 ABC | Date | June 4, 2014 |
|---|---|---|---|
| Title | J. Lydia Hernandez v. Fed. Home Loan Mortgage Corp., et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER **DENYING AS MOOT** Motion for Withdrawal of Reference (In Chambers)

On April 15, 2014, Plaintiffs filed a Motion for Withdrawal of Reference from U.S. Bankruptcy Court in connection with bankruptcy case number 14-bk-12578-WB and adversary number 14-ap-01119-WB.  (Docket No. 1.)  The debtor's chapter 13 bankruptcy case was dismissed during the confirmation hearing on April 9, 2014.  (Bankruptcy Docket No. 12.)  The adversary proceeding was dismissed on June 3, 2014.  (Adversary Docket No. 15.)

Accordingly, Plaintiffs' motion for withdrawal of the reference is **DENIED AS MOOT**.  The Court **VACATES** the June 9, 2014 hearing date and **ORDERS** the Clerk to close this case.

**IT IS SO ORDERED.**

:
Initials of Preparer        AB